UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
NICOLE FAVARD,

           Plaintiff,                                     ORDER

   -against-                                    17-cv-2860 (NG) (RLM)

EAN HOLDINGS, LLC and JAMAR SIMMONS,

           Defendants.
------------------------------------------------------------------x
GERSHON, United States District Judge:

On June 22, 2017, Chief Magistrate Judge Roanne L. Mann issued a Report and Recommendation that this matter should be remanded back to the Supreme Court of Queens County, where it was originally filed under case number 702736/17. Objections to the Report and Recommendation were due by July 6, 2017. No objections were filed. I have reviewed the Report and Recommendation for clear error and, finding none, I adopt it in its entirety.

The Clerk of Court is directed to remand this matter back to the Supreme Court of Queens County, and close the case.

                                                      SO ORDERED.

Dated:  July 10, 2017
        Brooklyn, New York                        /s/ Nina Gershon

                                                      NINA GERSHON
                                                       United States District Judge

1